WILLIAM C. McCLURE, *Plaintiff in Error,* v. W. L. VAN-DUZOR, *Defendant in Error.*

Opinion Filed March 25, 1913.

PER CURIAM.—This cause having been submitted to the court upon transcript of record and briefs of counsel for the respective parties, and the court having duly considered the same and finding no reversible error, it is considered, ordered and adjudged by the court that the judgment of the Circuit Court, to which the writ of

error was taken, be and the same is hereby affirmed, at the cost of the plaintiff in error.

Writ of error to the Circuit Court for Manatee County.